\*\*E-filed 6/14/06\*\*

1 KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
3 Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4 Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
    Telephone: (415) 436-7000
6     Facsimile:  (415) 436-6758
    Email: cynthia.stier@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>    Petitioners,<br>v.<br><br>DANIEL M. PIETZ,<br><br>    Respondent. | No. C-06-3324-JF (HRL)<br><br>APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE SUMMONS OF THE INTERNAL REVENUE SERVICE |

    The United States of America dismisses the Petition To Enforce filed on May 19, 2006, 2006, because the respondent has complied with the summons, this matter is moot.

                                        KEVIN V. RYAN
                                        United States Attorney

Dated: June 12, 2006              /s/ Cynthia Stier
                                        CYNTHIA STIER
                                        Assistant United States Attorney
                                        Tax Division

SO ORDERED:

DATED:    6/14/06

*[signature]*
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE